Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Facsimile: 559-431-4108
Email:  efogderude1@yahoo.com
Attorney for Defendant,  ROGELIO GONSALES RUBALCAVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:13-cr-00077-002 |
|---|---|
| Plaintiff, | **STIPULATION FOR ORDER EXONERATING BOND AND FOR RECOVEYANCE OF REAL PROPERTY, AND ORDER THEREON** |
| v. | |
| ROGELIO GONSALES RUBALCAVA | |
| Defendant. | |

Defendant ROGELIO GONSALES RUBALCAVA, and Plaintiff, United States of America, hereby move this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

On March 5, 2013, Defendant appeared in this matter before the Honorable Barbara A. McAuliffe, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a $ 50,000 real property bond. One property was used as collateral.  A certified deed of trust and straight note was provided to this court by Defendant Rogelio Gonsales Rubalcava and his wife Teresa V. Rubalcava, filed April 8, 2013, recorded March 22, 2013. As Docket # 49 Deed Number 2013-0042858.

On March 9, 2015, Mr. Rubalcava appeared, as required, before United States District

Court Judge Lawrence J. O'Neill for sentencing, and thereafter surrendered himself to the Bureau of Prisons at Taft on April 20, 2015 to serve his sentence.

    Since Mr. Rubalcava has met the conditions of release in this matter, the Plaintiff and Defendant request that the court exonerate the bond set by this court and reconvey title to the real property securing the bond, Deed Number 2013-0042858.

DATED:  April 27, 2015        FLETCHER & FOGDERUDE, INC.

        /s/ Eric K. Fogderude      .
ERIC K. FOGDERUDE
Attorney for Defendant,
ROGELIO GONSALES RUBALCAVA

DATED: April 27, 2015        Benjamin B. Wagner

United States Attorney

/s/  Kimberly Sanchez      .
KIMBERLY SANCHEZ
Assistant US Attorney

**ORDER**

    IT IS SO ORDERED. That the bond in the above-captioned case be exonerated and title to the real property Deed Number 2013-0042858, be reconveyed to ROGELIO GONSALES RUBALCAVA and TERESA R. RUBALCAVA.

IT IS SO ORDERED.

    Dated:  **May 2, 2015**           **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE